# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

TALISHA LASHAYE JOHNSON,

    **Plaintiff,**

v.                                                          Civil Action No. 4:23-cv-00021-TTC

VICTIG BACKGROUND SCREENING
d/b/a VICTIG BACKGROUND CHECKS,

    **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Talisha Lashaye Johnson and Defendant Victig Background Screening d/b/a Victig Background Checks, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate the dismissal of this action with prejudice. There are no other Defendants left in this case. Because all parties that have entered an appearance in this case have stipulated to dismissal, no further action by the court is required.

It is so STIPULATED.

//

**TALISHA LASHAYE JOHNSON**

_____/s/_____
Susan M. Rotkis, VSB 40693
**CONSUMER ATTORNEYS**
2290 East Speedway Boulevard
Tucson, Arizona 85719
Telephone: (602) 807-1504
Email: srotkis@consumerattorneys.com

Levi Y. Eidelman
*admitted pro hac vice*
**CONSUMER ATTORNEYS**
300 Cadman Plaza West, 12th Floor, Suite 12049
Brooklyn, NY 11201
Telephone: (718) 360-0763
Email: leidelman@consumerattorneys.com

*Attorneys for Plaintiff Talisha Lashaye Johnson*

**VICTIG BACKGROUND SCREENING d/b/a VICTIG BACKGROUND CHECKS**

_____/s/_____
Andrew Michael Schwartz
**GORDON REES SCULLY MANSUKHANI, LLP**
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, Pennsylvania 19103
Telephone: (215) 717-4023
Email: amschwartz@grsm.com

Jonathan Warren Gonzalez
**GORDON REES SCULLY MANSUKHANI, LLP**
5425 Discovery Park Boulevard, Suite 200
Williamsburg, Virginia 23188
Telephone: (757) 903-0875
Email: jwgonzalez@grsm.com

*Counsel for Defendant Victig Background Screening d/b/a Victig Background Checks*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                               _/s/_
                                    Susan M. Rotkis, VSB 40693
                                    **CONSUMER ATTORNEYS**
                                    2290 East Speedway Boulevard
                                    Tucson, Arizona 85719
                                    Telephone: (602) 807-1504
                                    Email: srotkis@consumerattorneys.com

                                    *Attorneys for Plaintiff Talisha Lashaye Johnson*